IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES ANTHONY WAGGONER                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 1:07cv688-RHW

MIKE BYRD, Sheriff
and JACKSON COUNTY, MISSISSIPPI                             DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendants are DISMISSED with prejudice.

SO ORDERED, this the 20th day of March, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE